In the Matter of the Arbitration between U. S. VITAMIN CORPORATION et al., Respondents, and HARRY E. DUBIN, Appellant.

Submitted October 3, 1951; decided October 5, 1951.

*Asher Blum* for motion.

*Joseph R. Kelley* and *Jacob Burns* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the required papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.